No. 1220. PHILLIPS ET AL. *v.* BALTIMORE & OHIO RAILROAD CO.; and

No. 1221. CROZIER ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. June 10, 1946. Petitions for writs of certiorari to the District Court of the United States for the District of Maryland denied. *Abe Fortas* and *Milton V. Freeman* for petitioners in No. 1220. *Harold C. Ackert* and *John W. Giesecke* for petitioners in No. 1221. *Arthur H. Dean, DeLano Andrews, Harry N. Baetjer* and *Edwin H. Burgess* for respondents. *John D. Goodloe* and *W. Meade Fletcher* filed a memorandum on behalf of the Reconstruction Finance Corporation.

No. 756. STREWL *v.* SANFORD, WARDEN. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Petitioner *pro se.* *Solicitor General McGrath, W. Marvin Smith, Robert S. Erdahl* and *Andrew F. Oehmann* for respondent.

No. 886. SNYDER *v.* UNITED STATES. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Petitioner *pro se.* *Solicitor General McGrath, W. Marvin Smith, Robert S. Erdahl* and *Leon Ulman* for the United States.

Nos. 1055 and 1230. BEECHER *v.* FEDERAL LAND BANK OF SPOKANE ET AL. June 10, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se.* *C. D. Randall* for respondents in No. 1055.